144 So. 38

## Mollie S. FOSTER et al. v. STATE.

### 6 Div. 203.

Supreme Court of Alabama.

Oct. 6, 1932.

Rehearing Denied Nov. 10, 1932.

L. D. Gray, of Jasper, for petitioners.

Thos. E. Knight, Jr., Atty. Gen., for the State.

PER CURIAM.

Petition of Mollie S. Foster and Lankford White for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Foster et al. v. State, 144 So. 37.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.